

**Entered on Docket
October 28, 2010**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.
09-78199

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In Re: | Bk Case Number: 09-53458-gwz |
|---|---|
| Joselito E. Alcid and Teresita A. Alcid | Date: July 20, 2010<br>Time: 10:00 a.m. |
| Debtor(s). | Chapter 13 |

## STIPULATED ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is vacated for the sole purpose of negotiating a loan modification as to Secured Creditor BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P., its assignees and/or successors in interest, regarding the subject property described as 2941 Silverado Creek Dr., Reno, NV 89523, and legally described as follows:

The land referred to herein is situated in the State of Nevada, County of Washoe. Described as follows: Lot 59 of NORTHGATE UNIT NO. 17C, according to the Map thereof, Filed in the Office of the County Recorder of Washoe County, State of Nevada on June 14, 2001, as File No. 2563531, Official Records, Tract Map No. 3962

Submitted by:

WILDE & ASSOCIATES

/s/ Gregory L. Wilde
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

(APPROVED) DISAPPROVED

/s/ Scott N. Tisevich
Scott N. Tisevich
Attorney for Debtor(s)

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_ The court has waived the requirements set forth in LR 9021(b)(1).
\_\_\_\_\_ No party appeared at the hearing or filed an objection to the motion.
\_x\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each property and whether the party has approved, disapproved, or failed to respond to the document]:

\_x\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Debtor's counsel:
**X** approved the form of this order     \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or     \_\_\_\_\_ failed to respond to the document
\_\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_\_ approved the form of this order     \_\_\_\_\_ disapproved the form of this order
**X** waived the right to review the order and/or     \_\_\_\_\_ failed to respond to the document

\_\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_\_ approved the form of this order     \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or     \_\_\_\_\_ failed to respond to the document
\_\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_\_ approved the form of this order     \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or     \_\_\_\_\_ failed to respond to the document

\_\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor